# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 25-00094-01-CR-W-DGK |
| v. ) | |
| ) | |
| FELIX A. PACHECO, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S COMPETENCY

On September 16, 2025, the Court ordered Defendant to undergo a competency evaluation. Defendant was examined by Analisa Bublitz, M.A., Doctoral Intern, and Ernie Gonzalez, Jr., Ph.D., who prepared a report dated November 24, 2025, in which they opined Defendant was not competent to stand trial

On December 9, 2025, Magistrate Judge Jill Morris held a competency hearing and issued a report and recommendation finding Defendant is not competent to stand trial and to assist in his own defense. Neither party objected to the Report and Recommendation.

After making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Morris is adopted in its entirety. This court finds Defendant is not competent to stand trial at the present time. It is further

ORDERED that, pursuant to 18 U.S.C. 4241(d), Defendant is committed to the custody of the Attorney General for hospitalization and treatment. Once Defendant's hospitalization begins, the director of the facility shall prepare an interim status report every forty days concerning Defendant's mental condition.

**IT IS SO ORDERED.**

Date:   January 21, 2026              /s/ Greg Kays
                                      GREG KAYS, JUDGE
                                      UNITED STATES DISTRICT COURT