**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FELIX A. PACHECO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 4:25-CR-00094-01-DGK |

**ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S COMPETENCY**

On January 21, 2026, the Court ordered Defendant to be committed to the custody of the United States Attorney General for hospitalization and treatment pursuant to 18 U.S.C. § 4241(d). ECF No. 33. Defendant has returned from the Federal Medical Center in Butner, North Carolina, and the Court has received a report from Brianna Grover, Psy.D., in which she opined Defendant is competent to proceed. ECF No. 41.

On October 8, 2026, Magistrate Judge Jill A. Morris held a competency hearing and issued a report and recommendation, ECF No. 44, finding Defendant competent to proceed. Neither party objected to the report and recommendation.

After making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge Jill A. Morris is adopted in its entirety, and this court finds Defendant is competent. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between January 21, 2026, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED.**

Date: October 27, 2026 /s/ Greg Kays

GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT